**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NICHOLAS GAGE, | : | CASE NO. 3:24-cv-00037-RNC |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MOMENTUM SOLAR LLC, | : | |
| | : | |
| Defendant. | : | JUNE 14, 2024 |

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, NICHOLAS GAGE, by and through his undersigned counsel, submits this Voluntary Dismissal of Action with Prejudice. The Parties have agreed to amicably resolve any and all claims by the Plaintiff against Defendant in this action and Plaintiff has authorized his undersigned counsel to consent and agree to dismiss the instant action with prejudice to Plaintiff.  No award of attorney's fees, costs and/or disbursements will be awarded to any Party by the Court.

                                                            THE PLAINTIFF,
                                                            NICHOLAS GAGE

                                                            By: _____/s/_____
                                                               Michael C. McMinn (#*ct27169*)
                                                             **THE MCMINN EMPLOYMENT**
                                                             **LAW FIRM, LLC**
                                                             1000 Lafayette Blvd., Suite 1100
                                                             Bridgeport, CT 06604
                                                             Tel: (203) 683-6007
                                                             Fax: (203) 680-9881
                                                             michael@mcminnemploymentlaw.com

                                                              COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2024, I electronically transmitted the foregoing document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic filing to all parties of record.

/s/

Michael C. McMinn

-2-